**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1739

CLOTHILDA WILLIAMS,

Plaintiff - Appellant,

v.

OFFICER BERGER; SERGEANT ENGLISH; OFFICER JENNINGS, Crash Crew
Investigator; JOHN DOE; JOHN DOE; JOHN DOE; HENRICO POLICE
DEPARTMENT; VIRGINIA ELECTRIC & POWER COMPANY,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at
Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:22-cv-00433-JAG)

Submitted:  November 17, 2022                    Decided:  November 22, 2022

Before KING, QUATTLEBAUM, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Clothilda Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clothilda Williams appeals the district court's order denying relief on her 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
